JS 44  (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
Equipment Finance, LLC

## DEFENDANTS
Carolyn Horn, d/b/a Carolyn Horn Used Equipment

**(b)** County of Residence of First Listed Plaintiff **Lancaster**
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant **Talladega**
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Alan C. Gershenson, Esq., Lamm Rubenstone, LLC, 3600 Horizon Blvd, Suite 200, Trevose, PA 19053; 215-638-9330

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1  U.S. Government Plaintiff

☐ 2  U.S. Government Defendant

☐ 3  Federal Question (U.S. Government Not a Party)

☒ 4  Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product | Med. Malpractice | ☐ 625 Drug Related Seizure | 28 USC 157 | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | Liability | ☐ 365 Personal Injury - | of Property 21 USC 881 | | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment | ☐ 320 Assault, Libel & | Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 460 Deportation |
| & Enforcement of Judgment | Slander | ☐ 368 Asbestos Personal | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 470 Racketeer Influenced and |
| ☐ 151 Medicare Act | ☐ 330 Federal Employers' | Injury Product | ☐ 650 Airline Regs. | ☐ 830 Patent | Corrupt Organizations |
| ☐ 152 Recovery of Defaulted | Liability | Liability | ☐ 660 Occupational | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| Student Loans | ☐ 340 Marine | **PERSONAL PROPERTY** | Safety/Health | | ☐ 490 Cable/Sat TV |
| (Excl. Veterans) | ☐ 345 Marine Product | ☐ 370 Other Fraud | ☐ 690 Other | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment | Liability | ☐ 371 Truth in Lending | **LABOR** | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ |
| of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 380 Other Personal | ☐ 710 Fair Labor Standards | ☐ 862 Black Lung (923) | Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle | Property Damage | Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 875 Customer Challenge |
| ☒ 190 Other Contract | Product Liability | ☐ 385 Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 864 SSID Title XVI | 12 USC 3410 |
| ☐ 195 Contract Product Liability | ☐ 360 Other Personal | Product Liability | ☐ 730 Labor/Mgmt.Reporting | ☐ 865 RSI (405(g)) | ☐ 890 Other Statutory Actions |
| ☐ 196 Franchise | Injury | | & Disclosure Act | **FEDERAL TAX SUITS** | ☐ 891 Agricultural Acts |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 870 Taxes (U.S. Plaintiff | ☐ 892 Economic Stabilization Act |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate | ☐ 790 Other Labor Litigation | or Defendant) | ☐ 893 Environmental Matters |
| ☐ 220 Foreclosure | ☐ 442 Employment | Sentence | ☐ 791 Empl. Ret. Inc. | ☐ 871 IRS—Third Party | ☐ 894 Energy Allocation Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ | **Habeas Corpus:** | Security Act | 26 USC 7609 | ☐ 895 Freedom of Information |
| ☐ 240 Torts to Land | Accommodations | ☐ 530 General | | | Act |
| ☐ 245 Tort Product Liability | ☐ 444 Welfare | ☐ 535 Death Penalty | **IMMIGRATION** | | ☐ 900Appeal of Fee Determination |
| ☐ 290 All Other Real Property | ☐ 445 Amer. w/Disabilities - | ☐ 540 Mandamus & Other | ☐ 462 Naturalization Application | | Under Equal Access |
| | Employment | ☐ 550 Civil Rights | ☐ 463 Habeas Corpus - | | to Justice |
| | ☐ 446 Amer. w/Disabilities - | ☐ 555 Prison Condition | Alien Detainee | | ☐ 950 Constitutionality of |
| | Other | | ☐ 465 Other Immigration | | State Statutes |
| | ☐ 440 Other Civil Rights | | Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ 6 Multidistrict Litigation   ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
28 U.S.C. Section 1332(A) (1)
Brief description of cause:
Breach of Implied Contract

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $ 1,014,700.00
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes ☒ No

## VIII. RELATED CASE(S) IF ANY
(See instructions): JUDGE _____ DOCKET NUMBER _____

DATE June 11, 2009

SIGNATURE OF ATTORNEY OF RECORD

FOR OFFICE USE ONLY

RECEIPT # _____ AMOUNT _____ APPLYING IFP _____ JUDGE _____ MAG. JUDGE _____

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

### CASE MANAGEMENT TRACK DESIGNATION FORM

EQUIPMENT FINANCE, LLC          :       CIVIL ACTION
                           :
            v.               :
CAROLYN HORN d/b/a         :
CAROLYN HORN USED EQUIPMENT    :       NO.

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.)  In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a case management track designation form specifying the track to which that defendant believes the case should be assigned.

## SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:

(a) Habeas Corpus – Cases brought under 28 U.S.C. §2241 through §2255.     ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health
     and Human Services denying plaintiff Social Security Benefits          ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2.   ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from
     exposure to asbestos.                                           ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are
     commonly referred to as complex and that need special or intense management by
     the court. (See reverse side of this form for a detailed explanation of special
     management cases.)                                        ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks.     ( X )

| | | |
|---|---|---|
| 6-11-09 | Alan C. Gershenson, Esq. | _(signature)_ |
| **Date** | **Attorney-at-law** | **Attorney for** Plaintiff |
| 215-638-9330 | 215-638-2867 | AGERSHENSON@LAMMRUBENSTONE.COM |
| **Telephone** | **FAX Number** | **E-Mail Address** |

(Civ. 660) 10/02

# UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA — DESIGNATION FORM to be used by counsel to indicate the category of the case for the purpose of assignment to appropriate calendar.

Address of Plaintiff: P.O. Box 5366, Lancaster, PA 17606-5366

Address of Defendant: 2177 Horns Valley Road, Talladega, AL 35160

Place of Accident, Incident or Transaction: Lancaster County, PA

*(Use Reverse Side For Additional Space)*

Does this civil action involve a nongovernmental corporate party with any parent corporation and any publicly held corporation owning 10% or more of its stock?

(Attach two copies of the Disclosure Statement Form in accordance with Fed.R.Civ.P. 7.1(a))       Yes☒    No☐

Does this case involve multidistrict litigation possibilities?       Yes☐    No☒

*RELATED CASE, IF ANY:*

Case Number: _____ Judge _____ Date Terminated: _____

Civil cases are deemed related when yes is answered to any of the following questions:

1. Is this case related to property included in an earlier numbered suit pending or within one year previously terminated action in this court?
Yes☐    No☒

2. Does this case involve the same issue of fact or grow out of the same transaction as a prior suit pending or within one year previously terminated action in this court?
Yes☐    No☒

3. Does this case involve the validity or infringement of a patent already in suit or any earlier numbered case pending or within one year previously terminated action in this court?
Yes☐    No☒

4. Is this case a second or successive habeas corpus, social security appeal, or pro se civil rights case filed by the same individual?
Yes☐    No☒

CIVIL: (Place ✔ in ONE CATEGORY ONLY)

A. *Federal Question Cases:*

1. ☐ Indemnity Contract, Marine Contract, and All Other Contracts
2. ☐ FELA
3. ☐ Jones Act-Personal Injury
4. ☐ Antitrust
5. ☐ Patent
6. ☐ Labor-Management Relations
7. ☐ Civil Rights
8. ☐ Habeas Corpus
9. ☐ Securities Act(s) Cases
10. ☐ Social Security Review Cases
11. ☐ All other Federal Question Cases
    (Please specify)

B. *Diversity Jurisdiction Cases:*

1. ☒ Insurance Contract and Other Contracts
2. ☐ Airplane Personal Injury
3. ☐ Assault, Defamation
4. ☐ Marine Personal Injury
5. ☐ Motor Vehicle Personal Injury
6. ☐ Other Personal Injury (Please specify)
7. ☐ Products Liability
8. ☐ Products Liability — Asbestos
9. ☐ All other Diversity Cases
   (Please specify)

## ARBITRATION CERTIFICATION
*(Check appropriate Category)*

I, Alan C. Gershenson, Esq. , counsel of record do hereby certify:

☐ Pursuant to Local Civil Rule 53.2, Section 3(c)(2), that to the best of my knowledge and belief, the damages recoverable in this civil action case exceed the sum of $150,000.00 exclusive of interest and costs;

☐ Relief other than monetary damages is sought.

DATE: 6-11-09        *Alan Gershen*        09925

Attorney-at-Law                Attorney I.D.#

**NOTE:** A trial de novo will be a trial by jury only if there has been compliance with F.R.C.P. 38.

I certify that, to my knowledge, the within case is not related to any case now pending or within one year previously terminated action in this court except as noted above.

DATE: 6-11-09        *Alan Gershen*        09925

Attorney-at-Law                Attorney I.D.#

CIV. 609 (6/08)

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

EQUIPMENT FINANCE, LLC                        :
                                              :
              V.                              :          Civil Action
CAROLYN HORN d/b/a                            :          No: _____
CAROLYN HORN USED EQUIPMENT                   :

DISCLOSURE STATEMENT FORM

Please check one box:

❑          The nongovernmental corporate party, _____
           , in the above listed civil action does not have any parent corporation and
           publicly held corporation that owns 10% or more of its stock.

☒          The nongovernmental corporate party, __Equipment Finance, LLC__
           , in the above listed civil action has the following parent corporation(s) and
           publicly held corporation(s) that owns 10% or more of its stock:

           PNC Financial Services Group, Inc.
           _____
           One PNC Plaza
           _____
           249 Fifth Avenue
           _____
           Pittsburgh, PA 15222-2707
           _____


__June 11, 2009__                    __Alan Leeth__
       Date                                   Signature

              Counsel for:      __Equipment Finance, LLC__


**Federal Rule of Civil Procedure 7.1 Disclosure Statement**
       (a)    WHO MUST FILE; CONTENTS.  A nongovernmental corporate party must file
              two copies of a disclosure statement that:
              (1)    identifies any parent corporation and any publicly held corporation
                     owning 10% or more of its stock;  or

              (2)    states that there is no such corporation.

       (b) TIME TO FILE; SUPPLEMENTAL FILING.  A party must:
              (1)    file the disclosure statement with its first appearance, pleading,
                     petition, motion, response, or other request addressed to the court;
                     and
              (2)    promptly file a supplemental statement if any required information
                     changes.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

```
EQUIPMENT FINANCE, LLC          :
                                :
              V.                :        Civil Action
CAROLYN HORN d/b/a              :        No: _____
CAROLYN HORN USED EQUIPMENT     :
```

### DISCLOSURE STATEMENT FORM

Please check one box:

☐      The nongovernmental corporate party, _____
, in the above listed civil action does not have any parent corporation and
publicly held corporation that owns 10% or more of its stock.

☒      The nongovernmental corporate party, __Equipment Finance, LLC__
, in the above listed civil action has the following parent corporation(s) and
publicly held corporation(s) that owns 10% or more of its stock:

     PNC Financial Services Group, Inc.
     One PNC Plaza
     249 Fifth Avenue
     Pittsburgh, PA 15222-2707

_June 11, 2009_ _____     _Alan Feed_ _____
Date                                     Signature

           Counsel for:   __Equipment Finance, LLC__

## Federal Rule of Civil Procedure 7.1 Disclosure Statement

(a)    WHO MUST FILE; CONTENTS. A nongovernmental corporate party must file
two copies of a disclosure statement that:

     (1)    identifies any parent corporation and any publicly held corporation
owning 10% or more of its stock; or

     (2)    states that there is no such corporation.

(b) TIME TO FILE; SUPPLEMENTAL FILING. A party must:

     (1)    file the disclosure statement with its first appearance, pleading,
petition, motion, response, or other request addressed to the court;
and

     (2)    promptly file a supplemental statement if any required information
changes.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EQUIPMENT FINANCE, LLC** | : | CIVIL ACTION |
| P.O. Box 5366 | : | |
| Lancaster, PA 17606-5366 | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| **CAROLYN HORN** | : | |
| **d/b/a Carolyn Horn Used Equipment** | : | |
| 2177 Horns Valley Road | : | |
| Talladega, Alabama 35160 | : | |
| | : | |
| Defendants. | : | |

## COMPLAINT

Plaintiff Equipment Finance LLC, by and through its undersigned attorneys, Lamm Rubenstone

LLC, brings this action against the above-named Defendant Carolyn Horn d/b/a Carolyn Horn Used

Equipment, and in support thereof, avers as follows:

1.     Plaintiff, Equipment Finance LLC ("EFI") is a limited liability company organized and

existing under the laws of the Commonwealth of Pennsylvania, with a place of business located in East

Petersburg, Pennsylvania 17520, and a mailing address at P.O. Box 5366, Lancaster, PA 17606-5366.

EFI's sole member is PNC Bank, National Association, which has its main office in Pittsburgh,

Pennsylvania and is a citizen solely of the Commonwealth of Pennsylvania. *Wachovia Bank, National*

*Association, v. Schmidt*, 546 U.S. 303 (2006).

2.     Defendant Carolyn Horn is an individual who is a citizen of the State of Alabama and

conducts an un-incorporated business known as Carolyn Horn Used Equipment at 2177 Horns Valley

Road, Talladega, Alabama, 35160.

3.     The matter in controversy herein exceeds, exclusive of interest and costs, the sum of

Seventy Five Thousand Dollars ($75,000.00). Jurisdiction is based on diversity of citizenship under 28

U.S.C. §1332 and venue is proper under 28 U.S.C. §1391.

4.     EFI is in the business of lending money to be used for the purchase of equipment. Carolyn Horn is, or purports to be, in the business of selling used equipment.

5.     Over the course of several years, EFI paid money directly to Carolyn Horn to finance the purchase of equipment that Carolyn Horn was supposed to deliver either to: a) various borrowers or alleged borrowers from EFI, or b) others who were supposed to, in turn, deliver that equipment to such borrowers.

6.     EFI is advised, and therefore believes, that on numerous occasions on which Carolyn Horn received money from EFI, she did not deliver any equipment on account of the money she received.

7.     The occasions on which Carolyn Horn received money from EFI for which she did not deliver any equipment, including the date, the check number, and the amount of the payment are as follows:

| Date | Check Number | Amount | Exhibit |
|---|---|---|---|
| April 20, 2004 | 5404 | $57,500.00 | A |
| July 26, 2005 | 6756 | $73,500.00 | B |
| August 12, 2005 | 6806 | $27,000.00 | C |
| August 30, 2005 | 6860 | $40,000.00 | D |
| September 13, 2005 | Wire | $98,000.00 | E |
| November 15, 2005 | 7072 | $73,000.00 | F |
| December 2, 2005 | 7152 | $69,500.00 | G |
| January 6, 2006 | 7240 | $110,000.00 | H |
| January 23, 2006 | 7295 | $66,250.00 | I |
| February 1, 2006 | 7322 | $27,500.00 | J |
| February 17, 2006 | 7390 | $101,350.00 | K |
| March 9, 2006 | 7431 | $65,000.00 | L |

| | | | |
|---|---|---|---|
| March 9, 2006 | 7434 | $30,000.00 | M |
| April 11, 2006 | 7526 | $44,000.00 | N |
| May 5, 2006 | 7611 | $45,600.00 | O |
| October 30, 2006 | 8140 | $53,500.00 | P |
| December 7, 2006 | 8236 | $33,000.00 | Q |
| | TOTAL: | $1,014,700.00 | |

All Exhibits in the above chart except for "C" and "E" are attached hereto and are true and correct copies of EFI checks sent to and negotiated by Carolyn Horn. EFI has not been able to locate a copy of check number 6806, and Exhibit "C" attached hereto is a business record of EFI evidencing the check sent to Carolyn Horn on August 12, 2005 for $27,000.00. Exhibit "E" is evidence of the wire transfer that EFI sent to Carolyn Horn's account.

8.      Carolyn Horn gave no consideration for the payments set forth in Paragraph 7 hereof, totaling $1,014,700.00, that EFI made.

### COUNT I – IMPLIED CONTRACT

9.      The averments contained in paragraphs 1 through 8 above are incorporated by reference as if set forth in full.

10.     The seventeen payments made by EFI to Carolyn Horn set forth in Paragraph 6 hereof were implicitly loans made to her and intended to be repaid upon demand.

11.     Demand has been made upon Carolyn Horn that she repay the amounts advanced to her for her benefit as set forth in Paragraph 7 above, but she has failed and refused to do so

12.     The total of the payments made to or for the benefit of Carolyn Horn as set forth in Paragraph 7 above is $1,014,700.00.

## COUNT II – UNJUST ENRICHMENT

13.    The averments contained in paragraphs 1 through 12 above are incorporated by reference as if set forth in full.

14.    Carolyn Horn has been unjustly enriched by her receipt of $1,014,700.00 as set forth in Paragraph 7 above, which sum she has failed and refused to repay and for which she gave no consideration.

**WHEREFORE**, Plaintiff Equipment Finance LLC requests that judgment be entered in its favor and against Defendant Carolyn Horn, d/b/a Carolyn Horn Used Equipment, in the amount of $1,014,700.

<div style="margin-left:40%">

**LAMM RUBENSTONE LLC**

By: _____
    Alan C. Gershenson, Esquire (#09925)
    3600 Horizon Boulevard, Suite 200
    Trevose, PA  19053-4900
    (215) 638-9330/(215) 638-2867
    *Attorneys for Plaintiff*
    *Equipment Finance LLC*

</div>

# EXHIBIT "A"

B ORIGINAL DOCUMENT PRINTED ON CHEMICALLY REACTIVE PAPER WITH MICROPRINTED BORDER. SEE REVERSE SIDE FOR COMPLETE SECURITY FEATURES. B

**EQUIPMENT FINANCE LLC**
118 W. AIRPORT ROAD
LITITZ, PA 17543
(717) 569-8761

B  Bank of Lancaster County, NA
LANCASTER, PA

60-1356/313

**5404**

DATE  April 20, 2004

PAY   Fifty Seven Thousand, Five Hundred and No /100

AMOUNT
$57,500.00

TO
THE
ORDER
OF

CAROLYN HORN D/B/A CAROLYN HORN USED EQUIPMENT
2177 HORNS VALLEY ROAD
TALADEGA, AL 35160

047 24701   E2132  T2133  P28  0425632212

MEMO

B THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. TOUCH OR PRESS HERE. REC IMAGE DISAPPEARS WITH HEAT. B

⑈005404⑈ ⑆03131356 2⑆ 07⑈875479 0 1⑈          ⑈0005750000⑈

Account 787547901   Serial 5404   Amount 0000057500.00   Date 04-23-2004

---

0417803987   0001776911  RG01
0592906456       888  04/23/2004
04 PK 00000 2 PRB 00 PHL 0
KN1 910000 0 FORB 00 PK=03      CMG 50130568016 PK P86
ENT=165 ENTRE138 PROK=2133  PK=28  NCCL 1641337 21/04/2004
          0425632212              NCCL 1641337

---

Buyer- Johnny L. Slay - Rel- 776- Clest - 7108
Seller - Slay Equipment

EXHIBIT "B"

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER - SEE REVERSE SIDE FOR COMPLETE SECURITY FEATURES.

**EQUIPMENT FINANCE LLC**
118 W. AIRPORT ROAD
LITITZ, PA 17543
(717) 569-8761

**B** Bank of Lancaster County, NA
LANCASTER, PA

6756

60-1358/313

DATE July 26, 2005

PAY    Seventy Three Thousand, Five Hundred and No /100

AMOUNT
$73,500.00

TO THE ORDER OF    CAROLYNN HORN USED EQUIPMENT

Sr. V.P.

MEMO

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. TOUCH OR PRESS HERE. THE IMAGE APPEARS WITH HEAT.

⑈006756⑈ ⑆031313562⑆ 07⑈875479⑈01⑈ 00073500000

Account 787547901   Serial 6756   Amount 0000073500.00   Date 07-29-2005

---

0816276727
07282005
0610-0004-576961 R001
RNT=4343 TRC=2233 PK=17
6142960002
0728005
$300000.00 FRB=BWHA
NT=1712 TRC=1712 PK=08

FNB >062200961< PKT06
1000120082 07/27/2005
Acct 1041339

Carolyn Horn Used Equip

Buyer = Raymond E. Fussell = Rel # 487 Cust = 1903
Seller = Slay Equipment

# EXHIBIT "C"

# Summary of Proceeds
## For Contracts Purchased

| EFI Contract #: 19742 |
|---|

**Buyer:**

Dustin R Long

**Seller:**

Wiley Spann d/b/a Forestry Equipment and Products

| | | | |
|---|---|---|---|
| Check Number: | 6806 | Payable to CAROLYN HORN EQUIPMENT | $27,000.00 |
| Check Number: | 6807 | Payable to J & B EQUIPMENT | $72,000.00 |
| Check Number: | 6808 | Payable to WILEY SPANN D/B/A FORESTRY EQUIPMENT AND PRO | $17,000.00 |

Checks Written:    8/12/2005         Total Distributions:    $116,000.00

EXHIBIT "D"

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER. SEE REVERSE SIDE FOR COMPLETE SECURITY FEATURES.

**EQUIPMENT FINANCE LLC**
118 W. AIRPORT ROAD
LITITZ, PA 17543
(717) 569-6761

B | Bank of Lancaster County, NA
LANCASTER, PA

6860

60-1356/313

DATE   August 30, 2005

PAY     Forty Thousand, and No /100

AMOUNT

$40,000.00

TO THE ORDER OF

CAROLYN HORN USED EQUIPMENT
2177 HORNS VALLEY ROAD
TALLADEGA, AL 35160

MEMO

Sr. V.P.

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. TOUCH HIGH PRESS HERE, RED IMAGE DISAPPEARS WITH HEAT

⑈006860⑈ ⑆031313562⑆ 07⑈875479⑈01⑈ ⑈0004000000⑈

Account 787547901   Serial 6860   Amount 0000040000.00   Date 09-02-2005

FNB >062200961< PKT01
1100020091 08/31/2005
Acct 1041339

1015449206     8804765421 R901
09012005       B76 09/02/2005
06028069 FRB-PHILA
EST=0004 TRC=1844 PK=03
ENT=1226 TRC=1226 PK=12

0913157530
09012005
0610-0014-6
ENT=3658 TRC=3658 PK=17

Carolyn Horn Used Eq

Buyer - Robert Kittrel - Rel #577 - Cust# 3772
Seller - Wiley Spann

601-989-2670
158 Beagle Ln
Benton MS - 39476-2769

EXHIBIT "E"

WILEY SPANN D/B/A
FORESTRY EQUIPMENT AND PRODUCTS
709 Meadowbrook Drive
Andalusia, AL  36420
September ___, 2005

EQUIPMENT FINANCE LLC
P.O. Box 5366
Lancaster, PA 17606-5366

Re:  Larry Dean McClain

Gentlemen:

I hereby authorize and direct you to make the following distribution of the proceeds of $116,000.00,
please pay:

$98,000.00   -  to Carolynn Horn Used Equipment, 2177 Horn Valley Road, Talladega, AL
                35160, to complete the purchase of:
                One (1) CATERPILLAR Dual Arch Grapple Skidder, Mdl 525DA, S/N
                1DN01554
                One (1) CATERPILLAR Grapple Skidder, Mdl 515, S/N 4LR0623
                One (1) HYDRO AX Feller Buncher, Mdl 411EX, S/N 6039

$18,000.00   -  to Point A Logging and Timber, 25989 Sunnyside Street, Red Level, AL
                36474, to complete the purchase of:
                One (1) PRENTICE Log Loader, Mdl 210D, S/N 51331

$116,000.00  -  TOTAL

Sincerely,

WILEY SPANN D/B/A FORESTRY EQUIPMENT AND PRODUCTS

By _____          Witness _____

# EXHIBIT "F"

B ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER - SEE REVERSE SIDE FOR COMPLETE SECURITY FEATURES B

**EQUIPMENT FINANCE LLC**
118 W. AIRPORT ROAD
LITITZ, PA 17543
(717) 569-8761

B  Bank of Lancaster County, NA
LANCASTER, PA

60-1356/313

**7072**

DATE   November 15, 2005

PAY   Seventy Three Thousand, and No /100

AMOUNT
$73,000.00

TO
THE
ORDER
OF

CAROLYN HORN USED EQUIPMENT
2177 HORNS VALLEY ROAD
TALLADEGA, AL 35160

MEMO

Sr.V.P.

B  THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. TOUCH OR PRESS HERE. RED IMAGE DISAPPEARS WITH HEAT  B

⑈007072⑈ ⑆031313562⑆ 07⑈875479⑈01⑈ ⑈0007300000⑈

Account 787547901   Serial 7072   Amount 0000073000.00   Date 11-21-2005

FNB >062200961< PKT01
1100010156 11/17/2005
Acct 1041339

0003371361 R006
8102 11/21/2005

IO15437951
1118 2005
0610-0014-6
ENT=3688 TRC=3594 PK=17

yes = Troy Walley - Rel = 861 - Cust = 8419
rei = Wiley Spann

# EXHIBIT "G"

B ORIGINAL DOCUMENT PRINTED ON CHEMICALLY REACTIVE PAPER WITH MICROPRINTED BORDER - SEE REVERSE SIDE FOR COMPLETE SECURITY FEATURES B

**EQUIPMENT FINANCE LLC**
118 W. AIRPORT ROAD
LITITZ, PA 17543
(717) 569-8761

**B** Bank of Lancaster County, NA
LANCASTER, PA

60-1356/313

**7152**

DATE December 2, 2005

PAY Sixty Nine Thousand, Five Hundred and No /100

AMOUNT
$69,500.00

TO
THE
ORDER
OF

CAROLYN HORN USED EQUIPMENT
2177 Horns Valley Rd.
Talladega, AL 35160

MEMO

Sa VP

B THIS DOCUMENT CONTAINS HEAT SENSITIVE INK TOUCH OR PRESS HERE - THE IMAGE DISAPPEARS WITH HEAT B

⑈007152⑈ ⑆031313562⑆ 07⑈875479⑈01⑈ ⑈0006950000⑈

Account 787547901 . Serial 7152 Amount 0000069500.00 Date 12-08-2005

FNB >062200961< PKT01
.1100010007 12/06/2005
Acct 1041339

Carolyn Horn Used Eq
For Op only

Buyer - Lamar Crissett Rel - 511 - Cust 2377 - 20115
Seller - Wiley Spann

# EXHIBIT "H"

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER – SEE REVERSE SIDE FOR COMPLETE SECURITY FEATURES

**EQUIPMENT FINANCE LLC**
116 W. AIRPORT ROAD
LITITZ, PA 17543
(717) 569-8761

Bank of Lancaster County, NA
LANCASTER, PA

60-1358/313

7240

DATE January 6, 2006

PAY One Hundred Ten Thousand, and No /100

AMOUNT
$110,000.00

TO
THE
ORDER
OF

CAROLYN HORN USED EQUIPMENT
2177 HORNS VALLEY ROAD
TALLADEGA, AL 35160

MEMO

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. TOUCH OR PRESS HERE. RED IMAGE DISAPPEARS WITH HEAT.

⑈007240⑈ ⑆031313582⑆ 07⑈875479⑈01⑈ ⑈0011000000⑈

Account 787547901   Serial 7240   Amount 0000110000.00   Date 01-13-2006

FNB >062300941< PKT01
1100030094 01/11/2006
Acct 1041339

16127000001391 R003
0122008  01/13/2006
1214364 0610-0014-6
031320 0610
TRC66 PHILA 3630 PK=17
031000040  TRC= PK=12
031000040  FRB=PHILA
NT=1600  TRC=1624 PK=03

uyer Jody P Spoon – Rel # = 758  * Cust 7075 – 20197/
eller – Slay Equipment

# EXHIBIT "I"

ORIGINAL DOCUMENT PRINTED ON CHEMICALLY REACTIVE PAPER WITH MICROPRINTED BORDER · SEE REVERSE SIDE FOR COMPLETE SECURITY FEATURES



**EQUIPMENT FINANCE LLC**
118 W. AIRPORT ROAD
LITITZ, PA 17643
(717) 569-8761

Bank of Lancaster County, NA.
LANCASTER, PA

60-1356/313

7295

DATE January 23, 2006

PAY Sixty Six Thousand, Two Hundred Fifty and No /100

AMOUNT
$66,250.00

TO THE ORDER OF
CAROLYNN HORN
2177 HORNS VALLEY ROAD
TALLADEGA, AL 35160

Sr. V.P.

MEMO

⑆007295⑆ ⑆031313562⑆ 07⑆875479⑆01⑆ ⑆000066250000⑆

Account 787547901   Serial 7295   Amount 0000066250.00   Date 01-26-2006

---

FNB >062200961< PKT04
1100070150 01/24/2006
Acct 1041339

James R Brashen - Rel # 883 · Cust # 734-20248

Slay Equipment

# EXHIBIT "J"

B ORIGINAL DOCUMENT PRINTED ON CHEMICALLY REACTIVE PAPER WITH MICROPRINTED BORDER. SEE REVERSE SIDE FOR COMPLETE SECURITY FEATURES B

**EQUIPMENT FINANCE LLC**
118 W. AIRPORT ROAD
LITITZ, PA 17543
(717) 569-8761

B  Bank of Lancaster County, NA
LANCASTER, PA

60-1356/313

7322

DATE  February 1, 2006

PAY  Twenty Seven Thousand, Five Hundred and No /100

AMOUNT
$27,500.00

TO
THE
ORDER
OF

CAROLYN HORN
2177 HORNS VALLEY ROAD
TALLEDEGA, AL 35160

MEMO

B THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. TOUCH OR PRESS HERE. RED IMAGE DISAPPEARS WITH HEAT. B

⑈007322⑈ ⑆031313562⑆ 07⑈875479⑈01⑈ ⑈000 2750000⑈

Account 787547901    Serial 7322    Amount 0000027500.00    Date 02-06-2006

```
.1717068200429191 R005   FNB >062200961< PKT04
0206200005 02/06/2006   1000070196 02/03/2006
09147930000-0014-6       Acct 1041339
0206200 ENT=4123 TRC=4077 PK=19
0310000040 FRB-PHILA
ENT=1223 TRC=1225 PK=12
```

buyer = Anthony Morceri JR · Rel # 637
seller = Stay Equipment

EXHIBIT "K"

ORIGINAL DOCUMENT PRINTED ON CHEMICALLY REACTIVE PAPER WITH MICROPRINTED BORDER. SEE REVERSE SIDE FOR COMPLETE SECURITY FEATURES

**EQUIPMENT FINANCE LLC**
118 W. AIRPORT ROAD
LITITZ, PA 17543
(717) 569-8761

[B] Bank of Lancaster County, NA
LANCASTER, PA

60-1356/313

**7390**

DATE February 17, 2006

PAY One Hundred One Thousand, Three Hundred Fifty and No /100

AMOUNT
$101,350.00

TO THE ORDER OF
CAROLYNN HORN USED EQUIPMENT
2177 HORNS VALLEY ROAD
TALLADEGA, AL 35160

Sr VP.

MEMO

⑈"007390"⑈ ⑈031313562⑈ 07"87547"01"          "0010135000"

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. TOUCH OR PRESS HERE, IMAGE DISAPPEARS WITH HEAT.

Account 787547901    Serial 7390    Amount 0000101350.00    Date 02-24-2006

---

141-03  603163726 1  R 001          FNB >062200961< PKT02
        0223 2006  02/24/2006       1200050007 02/21/2006
0B15945 683 U-0074-6                 Acct 1041339
0223 2006 NT=4131 TRC=4131 PK=17
31 000040 FRB-PHILA
NT=1453 TRC=1453 PK=03
0224 2006
31 000040 FRB-PHILA
NT=1459 TRC=1459 PK=12

jer = Eddie Joe Walker - Rd # 940 - Cus # 8402-20322
eer = Wiley Spann

EXHIBIT "L"

■ ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER · SEE REVERSE SIDE FOR COMPLETE SECURITY FEATURES ■

**EQUIPMENT FINANCE LLC**
118 W. AIRPORT ROAD
LITITZ, PA 17543
(717) 569-8761

Bank of Lancaster County, NA
LANCASTER, PA

60-1356/313

7431

DATE   March 9, 2006

PAY   Sixty Five Thousand, and No /100

AMOUNT
$65,000.00

TO THE ORDER OF   CAROLYNN HORN

MEMO

⑈"007431⑈ ⑆031313562⑆ 07⑈875479⑈01⑈ ⑈0006500000⑈

Account 787547901   Serial 7431   Amount 0000065000.00   Date 03-13-2006

Buyer = Henry Shell - Rel # 926.  Cust # 7144-20353
Seller = Curley Spann

EXHIBIT "M"

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER. SEE REVERSE SIDE FOR COMPLETE SECURITY FEATURES.

**EQUIPMENT FINANCE LLC**
118 W. AIRPORT ROAD
LITITZ, PA 17543
(717) 569-8761

**B** Bank of Lancaster County, NA
LANCASTER, PA

60-1356/313

**7434**

DATE March 9, 2006

PAY Thirty Thousand, and No /100

AMOUNT
$30,000.00

TO THE ORDER OF CAROLYNN HORN

MEMO

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. TOUCH OR FINGERS HERE. THE IMAGE DISAPPEARS WITH HEAT.

⑈007434⑈ ⑆031313562⑆ 07⑈875479⑈01⑈ ⑈0003000000⑈

Account 787547901    Serial 7434    Amount 0000030000.00    Date 03-13-2006

---

```
1111342356
03132006      0002403061  R004       FNB >062200961< PKT02
031000040 FRB 03/13/2006             1100010670 03/10/2006
ENT=0863 TRC=0866 PK=12              Acct 1041339.

          1018851750
          03132006
          0610-0014-6
          ENT=4146 TRC=3749 PK=19
```

Buyer = JP Ivy JR - Rel: 871- Cust # 2908
Seller = Slay Equipment

EXHIBIT "N"

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

**EQUIPMENT FINANCE LLC**
118 W. AIRPORT ROAD
LITITZ, PA 17543
(717) 569-8761

Bank of Lancaster County, NA
LANCASTER, PA

60-1356/313

**7526**

DATE   April 11, 2006

PAY   Forty Four Thousand,  and No /100

AMOUNT
$44,000.00

TO
THE
ORDER
OF

CAROLYN HORN USED EQUIPMENT
2177 HORNS VALLEY ROAD
TALLADAGA, AL 35160

MEMO

S.V.P.

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK   TOUCH OR PRESS HERE   RED IMAGE DISAPPEARS WITH HEAT

⑈007526⑈ ⑆031313562⑆ 07⑈875479⑈01⑈   ⑈0000440000⑈

Account 787547901   Serial 7526   Amount 0000044000.00   Date 04-20-2006

112344204
4202006
31000040 FRB-PHILA
NT=14.03 TRC=LADB=RK=14 6091
$410860198
041196896
381088040 FRB-PHILA
081640013TG=$466 PK=03
ENT=3857 TRC=3942 PK=17

FNB >062200961< PKT01
1100020206 04/18/2006
Acct 1041939

yes   Terrance D Ponyant - Rel= 885 · Cust 737

eer - Wiley Spann

EXHIBIT "O"

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

**7611**

Bank of Lancaster County, NA
LANCASTER, PA

60-1356/313

**EQUIPMENT FINANCE LLC**
118 W. AIRPORT ROAD
LITITZ, PA 17543
(717) 569-8761

DATE  May 5, 2006

PAY  Forty Five Thousand, Six Hundred and No /100

AMOUNT
$45,600.00

TO THE ORDER OF  CAROLYNN HORN USED EQUIPMENT
2177 Horns Valley Road, Talladega, AL 35160

Sr.V.P.

MEMO

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK TO TOUCH OR PRESS HERE – RED IMAGE DISAPPEARS WITH HEAT

⑈007611⑈ ⑆03⑉3⑉356 2⑇ 07⑈875479⑈01⑈ ⑈0004560000⑈

Account 787547901   Serial 7611   Amount 0000045600.00   Date 05-12-2006

0513326088
10143493541 2006
051 2006 610-001A-6
881 008010 788781255-742-0 5555-17
881 008010 788781255-742-0 5555
881 008010 PRE1 BAG LRK=03
ENT=1391  TRC=1393  PK=12

FNB >062200961< PKT01
1100020177  05/10/2006
Acct 1041339

Carolyn Horn Used Eq
for Dep only

Buyer = Timothy Stallworth - Rel= 927. Cust-7146
Seller = Wiley Spann

# EXHIBIT "P"

*031000040*
11/01/2006
6311406207

This is a LEGAL COPY of
your check. You can use it
the same way you would
use the original check.

11/01/2006
02135072
061000146L

EQUIPMENT FINANCE LLC
118 YE AIRPORT ROAD
LIITZ, PA 17543
(717) 569-4781

Bank of Lancaster County, NA
LANCASTER, PA

8140

62-1366/313

PAY     Fifty Three Thousand, Five Hundred and No /100

DATE   October 30, 2006

AMOUNT

$53,500.00

TO THE
ORDER OF

CAROLYNN HORN USED EQUIPMENT
2177 HORNS VALLEY ROAD
TALLADEGA, AL 35160

MEMO

Sr.VP.

⑈008140⑈ ⑊:031313562: 07⑊875479⑊01⑊ ⑊0005350000⑊

⑈008140⑈     ⑊:031313562:     07⑊875479⑊01⑊     ⑈0005350000⑈

Account 787547901   Serial 8140   Amount 0000053500.00   Date 11-02-2006

6091.54

0117195344
.1102200610-0014
031000040
ENT=0756 DEC=2184  PK=52
11012006
0510-0034-6
ENT=4757 IRC=4760 PK=01

↓Do not endorse or write below this line.↓

uyer = Anthony P Scoggins - Rel 880 - Cust · 7166-21020
2001 - Wiley Spann -

# EXHIBIT "Q"



*031000040*
12/14/2006
6313557871

This is a LEGAL COPY of
your check. You can use it
the same way you would
use the original check.

EQUIPMENT FINANCE LLC
316 W. AIRPORT ROAD
LITITZ, PA  17543
(717) 625-8741

Bank of Lancaster County, NA
LANCASTER, PA

66-1356/313

8236

DATE  December 7, 2006

PAY   Thirty Three Thousand, and No /100

AMOUNT
$33,000.00

TO
THE
ORDER
OF

CAROLYNN HORN USED EQUIPMENT
2177 HORNS VALLEY ROAD
TALLADEGA, AL 35160

MEMO

S.VP.

⑆008236⑆ ⑈031313562⑈ 07⑆875479⑆01⑆ ⑆0003300000⑆

⑆008236⑆ ⑈031313562⑈ 07⑆875479⑆01⑆ ⑆0003300000⑆

Account 787547901    Serial 8236    Amount 0000033000.00    Date 12-14-2006