UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**FILED**

JUL - 6 2009

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

| | |
|---|---|
| EQUIPMENT FINANCE, LLC ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 09-2663 |
| ) | |
| CAROLYN HORN d/b/a CAROLYN ) | |
| HORN USED EQUIPMENT ) | |
| ) | |
| DEFENDANT | |

## ANSWER

Comes now the Defendant, Carolyn Horn, and for Answer to the Complaint filed by the Plaintiff would say as follows:

1. I admit that I am a resident of the State of Alabama.

2. I deny that I owe the Plaintiff any sums of money. I did not borrow any money from the Plaintiff.

3. I cannot afford to travel to Pennsylvania to go to Court and I cannot afford to employ an lawyer to defend me in this case.

4. I have never entered into any agreement with the Plaintiff to borrow any money or to have any money given to me by the Plaintiff.

5. I deny that I am indebted to the Plaintiff in any amount.

_____
CAROLYN HORN,

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon the following by placing a copy of same by first class mail, postage prepaid, this the 2 day of July 2009:

Alan C. Gershenson, Esq.
300 Horizon Blvd.
Suite 200
Trevose, PA  19053-4900

*Carolyn Horn*
CAROLYN HORN