IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| EQUPMENT FINANCE, LLC, | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| v. | : | |
| | : | |
| CAROLYN HORN, | : | |
| Defendant. | : | NO.: 09-02663 |

## SCHEDULING ORDER

**AND NOW**, this 16th day of July, 2009, the Court enters the following Order:

1. Discovery shall be completed by **September 17, 2009.**

2. Dispositive motions shall be due by **October 1, 2009**; responses to any dispositive motions shall be due by **October 16, 2009.**

3. A bench trial in this matter will commence on **Tuesday, December 15, 2009 at 10:00 a.m.** in the United States District Court station in Reading, located in The Madison Building, 400 Washington Street.

BY THE COURT:


/s/ Lawrence F. Stengel
LAWRENCE F. STENGEL, J.