**EXHIBIT "1"**

## SUMMONS IN A CIVIL ACTION

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EQUIPMENT FINANCE, LLC<br><br>v.<br><br>CAROLYN HORN d/b/a CAROLYN HORN USED EQUIPMENT | CIVIL ACTION NO. 09-2663<br><br>TO: (NAME AND ADDRESS OF DEFENDANT) |

**YOU ARE HEREBY SUMMONED** and required to serve upon

Plaintiff's Attorney (Name and Address)

ALAN C. GERSHENSON, ESQ.
3600 HORIZON BLVD.
SUITE 200
TREVOSE, PA 19053-4900

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

| | |
|---|---|
| Michael E. Kunz, Clerk of Court | Date: JUNE 12, 2009 |

(By) Deputy Clerk

Crystal Wardlaw

CRYSTAL WARDLAW

JS 44 (Rev. 12/07)

# CIVIL COVER SHEET

09 2663

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

**I. (a) PLAINTIFFS**
Equipment Finance, LLC

(b) County of Residence of First Listed Plaintiff: Lancaster
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) Attorney's (Firm Name, Address, and Telephone Number)
Alan C. Gershenson, Esq., Lamm Rubenstone, LLC, 3600 Horizon Blvd, Suite 200, Trevose, PA 19053; 215-638-9330

**DEFENDANTS**
Carolyn Horn, d/b/a Carolyn Horn Used Equipment

County of Residence of First Listed Defendant: Talladega
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

Attorneys (If Known)

**II. BASIS OF JURISDICTION** (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☒ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated *or* Principal Place of Business In This State | ☒ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☒ 2 | Incorporated *and* Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. NATURE OF SUIT** (Place an "X" in One Box Only)

**CONTRACT**
- ☐ 110 Insurance
- ☐ 120 Marine
- ☐ 130 Miller Act
- ☐ 140 Negotiable Instrument
- ☐ 150 Recovery of Overpayment & Enforcement of Judgment
- ☐ 151 Medicare Act
- ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans)
- ☐ 153 Recovery of Overpayment of Veteran's Benefits
- ☐ 160 Stockholders' Suits
- ☒ 190 Other Contract
- ☐ 195 Contract Product Liability
- ☐ 196 Franchise

**REAL PROPERTY**
- ☐ 210 Land Condemnation
- ☐ 220 Foreclosure
- ☐ 230 Rent Lease & Ejectment
- ☐ 240 Torts to Land
- ☐ 245 Tort Product Liability
- ☐ 290 All Other Real Property

**TORTS**

PERSONAL INJURY
- ☐ 310 Airplane
- ☐ 315 Airplane Product Liability
- ☐ 320 Assault, Libel & Slander
- ☐ 330 Federal Employers' Liability
- ☐ 340 Marine
- ☐ 345 Marine Product Liability
- ☐ 350 Motor Vehicle
- ☐ 355 Motor Vehicle Product Liability
- ☐ 360 Other Personal Injury

PERSONAL INJURY
- ☐ 362 Personal Injury - Med. Malpractice
- ☐ 365 Personal Injury - Product Liability
- ☐ 368 Asbestos Personal Injury Product Liability

PERSONAL PROPERTY
- ☐ 370 Other Fraud
- ☐ 371 Truth in Lending
- ☐ 380 Other Personal Property Damage
- ☐ 385 Property Damage Product Liability

**CIVIL RIGHTS**
- ☐ 441 Voting
- ☐ 442 Employment
- ☐ 443 Housing/ Accommodations
- ☐ 444 Welfare
- ☐ 445 Amer. w/Disabilities - Employment
- ☐ 446 Amer. w/Disabilities - Other
- ☐ 440 Other Civil Rights

**PRISONER PETITIONS**
- ☐ 510 Motions to Vacate Sentence

Habeas Corpus:
- ☐ 530 General
- ☐ 535 Death Penalty
- ☐ 540 Mandamus & Other
- ☐ 550 Civil Rights
- ☐ 555 Prison Condition

**FORFEITURE/PENALTY**
- ☐ 610 Agriculture
- ☐ 620 Other Food & Drug
- ☐ 625 Drug Related Seizure of Property 21 USC 881
- ☐ 630 Liquor Laws
- ☐ 640 R.R. & Truck
- ☐ 650 Airline Regs.
- ☐ 660 Occupational Safety/Health
- ☐ 690 Other

**LABOR**
- ☐ 710 Fair Labor Standards Act
- ☐ 720 Labor/Mgmt. Relations
- ☐ 730 Labor/Mgmt.Reporting & Disclosure Act
- ☐ 740 Railway Labor Act
- ☐ 790 Other Labor Litigation
- ☐ 791 Empl. Ret. Inc. Security Act

**IMMIGRATION**
- ☐ 462 Naturalization Application
- ☐ 463 Habeas Corpus - Alien Detainee
- ☐ 465 Other Immigration Actions

**BANKRUPTCY**
- ☐ 422 Appeal 28 USC 158
- ☐ 423 Withdrawal 28 USC 157

**PROPERTY RIGHTS**
- ☐ 820 Copyrights
- ☐ 830 Patent
- ☐ 840 Trademark

**SOCIAL SECURITY**
- ☐ 861 HIA (1395ff)
- ☐ 862 Black Lung (923)
- ☐ 863 DIWC/DIWW (405(g))
- ☐ 864 SSID Title XVI
- ☐ 865 RSI (405(g))

**FEDERAL TAX SUITS**
- ☐ 870 Taxes (U.S. Plaintiff or Defendant)
- ☐ 871 IRS—Third Party 26 USC 7609

**OTHER STATUTES**
- ☐ 400 State Reapportionment
- ☐ 410 Antitrust
- ☐ 430 Banks and Banking
- ☐ 450 Commerce
- ☐ 460 Deportation
- ☐ 470 Racketeer Influenced and Corrupt Organizations
- ☐ 480 Consumer Credit
- ☐ 490 Cable/Sat TV
- ☐ 810 Selective Service
- ☐ 850 Securities/Commodities/ Exchange
- ☐ 875 Customer Challenge 12 USC 3410
- ☐ 890 Other Statutory Actions
- ☐ 891 Agricultural Acts
- ☐ 892 Economic Stabilization Act
- ☐ 893 Environmental Matters
- ☐ 894 Energy Allocation Act
- ☐ 895 Freedom of Information Act
- ☐ 900Appeal of Fee Determination Under Equal Access to Justice
- ☐ 950 Constitutionality of State Statutes

**V. ORIGIN** (Place an "X" in One Box Only)

☒ 1 Original Proceeding ☐ 2 Removed from State Court ☐ 3 Remanded from Appellate Court ☐ 4 Reinstated or Reopened ☐ 5 Transferred from another district (specify) ☐ 6 Multidistrict Litigation ☐ 7 Appeal to District Judge from Magistrate Judgment

**VI. CAUSE OF ACTION**

Cite the U.S. Civil Statute under which you are filing (**Do not cite jurisdictional statutes unless diversity**):
28 U.S.C. Section 1332(A) (1)

Brief description of cause:
Breach of Implied Contract

**VII. REQUESTED IN COMPLAINT:**
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
**DEMAND $** 1,014,700.00
CHECK YES only if demanded in complaint:
**JURY DEMAND:** ☐ Yes ☒ No

**VIII. RELATED CASE(S) IF ANY** (See instructions): JUDGE DOCKET NUMBER

DATE: June 11, 2009
SIGNATURE OF ATTORNEY OF RECORD: [signature]

**FOR OFFICE USE ONLY**

RECEIPT # AMOUNT APPLYING IFP JUDGE MAG. JUDGE

APPENDIX I

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

## CASE MANAGEMENT TRACK DESIGNATION FORM

EQUIPMENT FINANCE, LLC : CIVIL ACTION

v.

CAROLYN HORN d/b/a
CAROLYN HORN USED EQUIPMENT : NO.

In accordance with the Civil Justice Expense and Delay Reduction Plan of this court, counsel for plaintiff shall complete a case Management Track Designation Form in all civil cases at the time of filing the complaint and serve a copy on all defendants. (See § 1:03 of the plan set forth on the reverse side of this form.) In the event that a defendant does not agree with the plaintiff regarding said designation, that defendant shall, with its first appearance, submit to the clerk of court and serve on the plaintiff and all other parties, a case management track designation form specifying the track to which that defendant believes the case should be assigned.

SELECT ONE OF THE FOLLOWING CASE MANAGEMENT TRACKS:

(a) Habeas Corpus – Cases brought under 28 U.S.C. §2241 through §2255. ( )

(b) Social Security – Cases requesting review of a decision of the Secretary of Health and Human Services denying plaintiff Social Security Benefits ( )

(c) Arbitration – Cases required to be designated for arbitration under Local Civil Rule 53.2. ( )

(d) Asbestos – Cases involving claims for personal injury or property damage from exposure to asbestos. ( )

(e) Special Management – Cases that do not fall into tracks (a) through (d) that are commonly referred to as complex and that need special or intense management by the court. (See reverse side of this form for a detailed explanation of special management cases.) ( )

(f) Standard Management – Cases that do not fall into any one of the other tracks. ( X)

| 6-11-09 | Alan C. Gershenson, Esq. | [signature] |
|---|---|---|
| Date | Attorney-at-law | Attorney for Plaintiff |
| 215-638-9330 | 215-638-2867 | AGERSHENSON@LAMMRUBENSTONE.COM |
| Telephone | FAX Number | E-Mail Address |

APPENDIX G

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

EQUIPMENT FINANCE, LLC :
:
V. : Civil Action
CAROLYN HORN d/b/a : No: ________________
CAROLYN HORN USED EQUIPMENT :

DISCLOSURE STATEMENT FORM

Please check one box:

☐ The nongovernmental corporate party, ________________, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

XX The nongovernmental corporate party, Equipment Finance, LLC, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

PNC Financial Services Group, Inc.
One PNC Plaza
249 Fifth Avenue
Pittsburgh, PA 15222-2707

June 11, 2009 — Date

[signature] — Signature

Counsel for: Equipment Finance,,LLC

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**

(a) WHO MUST FILE; CONTENTS. A nongovernmental corporate party must file two copies of a disclosure statement that:
 (1) identifies any parent corporation and any publicly held corporation owning10% or more of its stock; or
 (2) states that there is no such corporation.

(b) TIME TO FILE; SUPPLEMENTAL FILING. A party must:
 (1) file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court; and
 (2) promptly file a supplemental statement if any required information changes.

FILED JUN 12 2009

APPENDIX G

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

EQUIPMENT FINANCE, LLC :
:
V. : Civil Action
CAROLYN HORN d/b/a : No: ________________
CAROLYN HORN USED EQUIPMENT :

DISCLOSURE STATEMENT FORM

Please check one box:

☐ The nongovernmental corporate party, ________________________, in the above listed civil action does not have any parent corporation and publicly held corporation that owns 10% or more of its stock.

☒ The nongovernmental corporate party, Equipment Finance, LLC, in the above listed civil action has the following parent corporation(s) and publicly held corporation(s) that owns 10% or more of its stock:

PNC Financial Services Group, Inc.
One PNC Plaza
249 Fifth Avenue
Pittsburgh, PA 15222-2707

June 11, 2009
Date

[signature]
Signature

Counsel for: Equipment Finance,,LLC

**Federal Rule of Civil Procedure 7.1 Disclosure Statement**

(a) WHO MUST FILE; CONTENTS. A nongovernmental corporate party must file two copies of a disclosure statement that:

(1) identifies any parent corporation and any publicly held corporation owning10% or more of its stock; or

(2) states that there is no such corporation.

(b) TIME TO FILE; SUPPLEMENTAL FILING. A party must:

(1) file the disclosure statement with its first appearance, pleading, petition, motion, response, or other request addressed to the court; and

(2) promptly file a supplemental statement if any required information changes.

FILED JUN 12 2009

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EQUIPMENT FINANCE, LLC**<br>P.O. Box 5366<br>Lancaster, PA 17606-5366<br>Plaintiff,<br><br>v.<br><br>**CAROLYN HORN**<br>**d/b/a Carolyn Horn Used Equipment**<br>2177 Horns Valley Road<br>Talladega, Alabama 35160<br><br>Defendants. | : | CIVIL ACTION |

**COMPLAINT**

Plaintiff Equipment Finance LLC, by and through its undersigned attorneys, Lamm Rubenstone LLC, brings this action against the above-named Defendant Carolyn Horn d/b/a Carolyn Horn Used Equipment, and in support thereof, avers as follows:

1. Plaintiff, Equipment Finance LLC ("EFI") is a limited liability company organized and existing under the laws of the Commonwealth of Pennsylvania, with a place of business located in East Petersburg, Pennsylvania 17520, and a mailing address at P.O. Box 5366, Lancaster, PA 17606-5366. EFI's sole member is PNC Bank, National Association, which has its main office in Pittsburgh Pennsylvania and is a citizen solely of the Commonwealth of Pennsylvania. *Wachovia Bank, National Association, v. Schmidt*, 546 U.S. 303 (2006).

2. Defendant Carolyn Horn is an individual who is a citizen of the State of Alabama and conducts an un-incorporated business known as Carolyn Horn Used Equipment at 2177 Horns Valley Road, Talladega, Alabama, 35160.

3. The matter in controversy herein exceeds, exclusive of interest and costs, the sum of Seventy Five Thousand Dollars ($75,000.00). Jurisdiction is based on diversity of citizenship under 28 U.S.C. §1332 and venue is proper under 28 U.S.C. §1391.

FILED JUN 12 2009

4. EFI is in the business of lending money to be used for the purchase of equipment. Carolyn Horn is, or purports to be, in the business of selling used equipment.

5. Over the course of several years, EFI paid money directly to Carolyn Horn to finance the purchase of equipment that Carolyn Horn was supposed to deliver either to: a) various borrowers or alleged borrowers from EFI, or b) others who were supposed to, in turn, deliver that equipment to such borrowers.

6. EFI is advised, and therefore believes, that on numerous occasions on which Carolyn Horn received money from EFI, she did not deliver any equipment on account of the money she received.

7. The occasions on which Carolyn Horn received money from EFI for which she did not deliver any equipment, including the date, the check number, and the amount of the payment are as follows:

| Date | Check Number | Amount | Exhibit |
|---|---|---|---|
| April 20, 2004 | 5404 | $57,500.00 | A |
| July 26, 2005 | 6756 | $73,500.00 | B |
| August 12, 2005 | 6806 | $27,000.00 | C |
| August 30, 2005 | 6860 | $40,000.00 | D |
| September 13, 2005 | Wire | $98,000.00 | E |
| November 15, 2005 | 7072 | $73,000.00 | F |
| December 2, 2005 | 7152 | $69,500.00 | G |
| January 6, 2006 | 7240 | $110,000.00 | H |
| January 23, 2006 | 7295 | $66,250.00 | I |
| February 1, 2006 | 7322 | $27,500.00 | J |
| February 17, 2006 | 7390 | $101,350.00 | K |
| March 9, 2006 | 7431 | $65,000.00 | L |

| | | | |
|---|---|---|---|
| March 9, 2006 | 7434 | $30,000.00 | M |
| April 11, 2006 | 7526 | $44,000.00 | N |
| May 5, 2006 | 7611 | $45,600.00 | O |
| October 30, 2006 | 8140 | $53,500.00 | P |
| December 7, 2006 | 8236 | $33,000.00 | Q |
| | TOTAL: | $1,014,700.00 | |

All Exhibits in the above chart except for "C" and "E" are attached hereto and are true and correct copies of EFI checks sent to and negotiated by Carolyn Horn. EFI has not been able to locate a copy of check number 6806, and Exhibit "C" attached hereto is a business record of EFI evidencing the check sent to Carolyn Horn on August 12, 2005 for $27,000.00. Exhibit "E" is evidence of the wire transfer that EFI sent to Carolyn Horn's account.

8. Carolyn Horn gave no consideration for the payments set forth in Paragraph 7 hereof, totaling $1,014,700.00, that EFI made.

**COUNT I – IMPLIED CONTRACT**

9. The averments contained in paragraphs 1 through 8 above are incorporated by reference as if set forth in full.

10. The seventeen payments made by EFI to Carolyn Horn set forth in Paragraph 6 hereof were implicitly loans made to her and intended to be repaid upon demand.

11. Demand has been made upon Carolyn Horn that she repay the amounts advanced to her for her benefit as set forth in Paragraph 7 above, but she has failed and refused to do so

12. The total of the payments made to or for the benefit of Carolyn Horn as set forth in Paragraph 7 above is $1,014,700.00.

## COUNT II – UNJUST ENRICHMENT

13. The averments contained in paragraphs 1 through 12 above are incorporated by reference as if set forth in full.

14. Carolyn Horn has been unjustly enriched by her receipt of $1,014,700.00 as set forth in Paragraph 7 above, which sum she has failed and refused to repay and for which she gave no consideration.

**WHEREFORE**, Plaintiff Equipment Finance LLC requests that judgment be entered in its favor and against Defendant Carolyn Horn, d/b/a Carolyn Horn Used Equipment, in the amount of $1,014,700.

**LAMM RUBENSTONE LLC**

By: [signature]

Alan C. Gershenson, Esquire (#09925)
3600 Horizon Boulevard, Suite 200
Trevose, PA 19053-4900
(215) 638-9330/(215) 638-2867
*Attorneys for Plaintiff*
*Equipment Finance LLC*

# EXHIBIT "A"

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER — SEE REVERSE SIDE FOR COMPLETE SECURITY FEATURES

EQUIPMENT FINANCE LLC
118 W. AIRPORT ROAD
LITITZ, PA 17543
(717) 569-8761

Bank of Lancaster County, NA
LANCASTER, PA

5404

60-1356/313

DATE April 20, 2004

PAY Fifty Seven Thousand, Five Hundred and No /100

AMOUNT
$57,500.00

TO THE ORDER OF
CAROLYN HORN D/B/A CAROLYN HORN USED EQUIPMENT
2177 HORNS VALLEY ROAD
TALADEGA, AL 35160

04/22/04 E2132 T2133 P28 0425632212

MEMO

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT.

⑈005404⑈ ⑆031313562⑆ 07⑈875479⑈01⑈ ⑈0005750000⑈

Account 787547901 Serial 5404 Amount 0000057500.00 Date 04-23-2004

0417803987 0001776911 R001
0422006456 000 04/23/2004
ENT=1655 TRE=1852 PK=03 T2133 PK=28
0425632212

uyer - Johnny L. Slay - Rel - 776 - Cust - 7108
ecen - Slay Equipment

# EXHIBIT "B"

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER · SEE REVERSE SIDE FOR COMPLETE SECURITY FEATURES

**EQUIPMENT FINANCE LLC**
118 W. AIRPORT ROAD
LITITZ, PA 17543
(717) 569-8761

Bank of Lancaster County, NA
LANCASTER, PA

60-1358/313

6756

DATE July 26, 2005

PAY Seventy Three Thousand, Five Hundred and No /100

AMOUNT
$73,500.00

TO THE ORDER OF CAROLYNN HORN USED EQUIPMENT

MEMO

[signature] Sr. VP

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. TOUCH OR PRESS HERE · RED IMAGE APPEARS WITH HEAT

⑈006756⑈ ⑆031313562⑆ 07⑈875479⑈01⑈ ⑈0007350000⑈

ccount 787547901 Serial 6756 Amount 0000073500.00 Date 07-29-2005

0816276727
07282005
0610-@081576951 R001
CNT=4343 TRC=4333 PK=17

FNB >062200961< PKT06
1000120082 07/27/2005
Acct 1041339

Carolyn Horn Used Equip

uyer = Raymond E. Fussell = Rel # 487 Cust = 1903
ller = Slay Equipment

# EXHIBIT "C"

# Summary of Proceeds

## For Contracts Purchased

**EFI Contract #: 19742**

**Buyer:**

Dustin R Long

**Seller:**

Wiley Spann d/b/a Forestry Equipment and Products

| | | | |
|---|---|---|---|
| Check Number: | 6806 | Payable to CAROLYN HORN EQUIPMENT | $27,000.00 |
| Check Number: | 6807 | Payable to J & B EQUIPMENT | $72,000.00 |
| Check Number: | 6808 | Payable to WILEY SPANN D/B/A FORESTRY EQUIPMENT AND PRO | $17,000.00 |

**Checks Written:** 8/12/2005 **Total Distributions:** $116,000.00

# EXHIBIT "D"

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER - SEE REVERSE SIDE FOR COMPLETE SECURITY FEATURES

**EQUIPMENT FINANCE LLC**
118 W. AIRPORT ROAD
LITITZ, PA 17543
(717) 569-8761

Bank of Lancaster County, NA
LANCASTER, PA

60-1356/313

6860

DATE August 30, 2005

PAY Forty Thousand, and No /100

AMOUNT
$40,000.00

TO THE ORDER OF
CAROLYN HORN USED EQUIPMENT
2177 HORNS VALLEY ROAD
TALLADEGA, AL 35160

MEMO

[signature] Sr. V.P.

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT

⑈006860⑈ ⑆031313562⑆ 07⑈875479⑈01⑈ ⑈0004000000⑈

Account 787547901 Serial 6860 Amount 0000040000.00 Date 09-02-2005

FNB >062200961< PKT01
1100020091 08/31/2005
Acct 1041339

1015449206 0004755421 R001
09012005 ... 876 09/02/2005
031000040 FRB-PHILA
ENT=1314 TRC=1314 PK=03
031000040 FRB-PHILA
ENT=1226 TRC=1226 PK=12

0913157530
09012005
0610-0014-6
ENT=3658 TRC=3658 PK=17

Carolyn Horn Used Eq

Buyer = Robert Kittrel - Rel #577 - Cust# 3772
Seller :: Willy Spann

601-989-2670
158 Beagle Ln
Richton MS - 39476-2769

# EXHIBIT “E”

WILEY SPANN D/B/A
FORESTRY EQUIPMENT AND PRODUCTS
709 Meadowbrook Drive
Andalusia, AL 36420
September ___, 2005

EQUIPMENT FINANCE LLC
P.O. Box 5366
Lancaster, PA 17606-5366

Re: Larry Dean McClain

Gentlemen:

I hereby authorize and direct you to make the following distribution of the proceeds of $116,000.00, please pay:

$98,000.00 - to Carolynn Horn Used Equipment, 2177 Horn Valley Road, Talladega, AL 35160, to complete the purchase of:
One (1) CATERPILLAR Dual Arch Grapple Skidder, Mdl 525DA, S/N 1DN01554
One (1) CATERPILLAR Grapple Skidder, Mdl 515, S/N 4LR0623
One (1) HYDRO AX Feller Buncher, Mdl 411EX, S/N 6039

$18,000.00 - to Point A Logging and Timber, 25989 Sunnyside Street, Red Level, AL 36474, to complete the purchase of:
One (1) PRENTICE Log Loader, Mdl 210D, S/N 51331

$116,000.00 - TOTAL

Sincerely,

WILEY SPANN D/B/A FORESTRY EQUIPMENT AND PRODUCTS

By ______________________ Witness ______________________

# EXHIBIT "F"

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER - SEE REVERSE SIDE FOR COMPLETE SECURITY FEATURES

**EQUIPMENT FINANCE LLC**
118 W. AIRPORT ROAD
LITITZ, PA 17543
(717) 569-8761

Bank of Lancaster County, NA
LANCASTER, PA

60-1356/313

7072

DATE November 15, 2005

PAY Seventy Three Thousand, and No /100

AMOUNT
$73,000.00

TO THE ORDER OF
CAROLYN HORN USED EQUIPMENT
2177 HORNS VALLEY ROAD
TALLADEGA, AL 35160

MEMO

Sr V.P.

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK - TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT

⑈007072⑈ ⑆031313562⑆ 07⑈875479⑈01⑈ ⑈0007300000⑈

ccount 787547901 Serial 7072 Amount 0000073000.00 Date 11-21-2005

FNB >062200961< PKT01
1100010156 11/17/2005
Acct 1041339

0003371361 R006
BT02 11/21/2005

1015437951
11182005
0610-0014-6
ENT=3688 TRC=3594 PK=17

Carolyn Horn Used Eq
By Deposit Only

er = Troy Walley - Rel = 851 - Cust = 8419
n - Wiley Spann

# EXHIBIT "G"

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER SEE REVERSE SIDE FOR COMPLETE SECURITY FEATURES

**EQUIPMENT FINANCE LLC**
118 W. AIRPORT ROAD
LITITZ, PA 17543
(717) 569-8761

Bank of Lancaster County, NA
LANCASTER, PA

60-1356/313

7152

DATE December 2, 2005

PAY Sixty Nine Thousand, Five Hundred and No /100

AMOUNT
$69,500.00

TO THE ORDER OF
CAROLYN HORN USED EQUIPMENT
2177 Horns Valley Rd.
Talladega, AL 35160

MEMO

[signature] Sr. V.P.

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK TOUCH OR PRESS HERE RED IMAGE DISAPPEARS WITH HEAT

⑈007152⑈ ⑆031313562⑆ 07⑈875479⑈01⑈ ⑈0006950000⑈

Account 787547901 Serial 7152 Amount 0000069500.00 Date 12-08-2005

FNB >062200961< PKT01
1100010007 12/06/2005
Acct 1041339

1314770823 0001446981 R001
08/07/2005 ... 12/08/2005
... PHILA
... PK=03
ENT=1404 TRC=1403 PK=12 ... TRC=3032 PK=17

Carolyn Horn Used Eq.
For Dep Only

Buyer = Lamar Crissett Rel - 511 - Cust 2377-20115
Seller = Wiley Spann

# EXHIBIT “H”

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER - SEE REVERSE SIDE FOR COMPLETE SECURITY FEATURES

**EQUIPMENT FINANCE LLC**
118 W. AIRPORT ROAD
LITITZ, PA 17543
(717) 569-8761



Bank of Lancaster County, NA
LANCASTER, PA

60-1356/313

7240

DATE January 6, 2006

PAY One Hundred Ten Thousand, and No /100

AMOUNT
$110,000.00

TO THE ORDER OF
CAROLYN HORN USED EQUIPMENT
2177 HORNS VALLEY ROAD
TALLADEGA, AL 35160

MEMO

SrVP

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK - TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT

⑈007240⑈ ⑆031313562⑆ 07⑈875479⑈01⑈ ⑈0011000000⑈

ccount 787547901 Serial 7240 Amount 0000110000.00 Date 01-13-2006

FNB >062200961< PKT01
1100030094 01/11/2006
Acct 1041339

16127000001391 R003
01122006 01/13/2006
1214364 0610-0014-6
01132006
T=3668 TRC=3630 PK=17
FRB PHILA
TRC= PK=12
1000040 FRB-PHILA
T=1600 TRC=1624 PK=03

Carolyn Horn Used Eq.

yer Jody f Spann - Rd # = 758 · *Cust 7075 - 20197/
ller - Slay Equipment

# EXHIBIT "I"

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER - SEE REVERSE SIDE FOR COMPLETE SECURITY FEATURES

**EQUIPMENT FINANCE LLC**
118 W. AIRPORT ROAD
LITITZ, PA 17543
(717) 569-8761

Bank of Lancaster County, NA
LANCASTER, PA

60-1356/313

7295

DATE January 23, 2006

PAY Sixty Six Thousand, Two Hundred Fifty and No/100

AMOUNT
$66,250.00

TO THE ORDER OF
CAROLYNN HORN
2177 HORNS VALLEY ROAD
TALLADEGA, AL 35160

MEMO

Sr. VP

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK - TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT

⑈007295⑈ ⑆031313562⑆ 07⑈875479⑈01⑈ ⑈0006625000⑈

Account 787547901 Serial 7295 Amount 0000066250.00 Date 01-26-2006

111285960617395232
01262006 01252006 1934481 R001
031000040 ...
031038822 3067 TRC=3605 PK=17
01252006
031000040 FRB-PHILA
ENT=1260 TRC=1260 PK=03

FNB >062200961< PKT04
1100070150 01/24/2006
Acct 1041339

Carolynn Horn
for dep only

ames R Brasher - Rel # 883 - cust # 734-20248

Clay Equipment

# EXHIBIT "J"

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER. SEE REVERSE SIDE FOR COMPLETE SECURITY FEATURES

**EQUIPMENT FINANCE LLC**
118 W. AIRPORT ROAD
LITITZ, PA 17543
(717) 569-8761

Bank of Lancaster County, NA
LANCASTER, PA

60-1356/313

7322

DATE February 1, 2006

PAY Twenty Seven Thousand, Five Hundred and No /100

AMOUNT
$27,500.00

TO THE ORDER OF
CAROLYN HORN
2177 HORNS VALLEY ROAD
TALLEDEGA, AL 35160

MEMO

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT.

⑈007322⑈ ⑆031313562⑆ 07⑈875479⑈01⑈ ⑈0002750000⑈

Account 787547901 Serial 7322 Amount 0000027500.00 Date 02-06-2006

```
 371706... 429101 R005   FNB >062200961< PKT04
 020620065 02/06/2006    1000070196 02/03/2006
0914793000-0014-6        Acct 1041339
0206200ENT=4123 TRC=4077 PK=19
031000040 FRB-PHILA
ENT=1223 TRC=1225 PK=12
```

Carolyn Horn
for deposit only

...yer = Anthony Morconi JR - Rel # 637
...ller = Slay Equipment

# EXHIBIT "K"

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER - SEE REVERSE SIDE FOR COMPLETE SECURITY FEATURES

**EQUIPMENT FINANCE LLC**
118 W. AIRPORT ROAD
LITITZ, PA 17543
(717) 569-8761

Bank of Lancaster County, NA
LANCASTER, PA

60-1356/313

7390

DATE February 17, 2006

PAY One Hundred One Thousand, Three Hundred Fifty and No/100

AMOUNT
$101,350.00

TO THE ORDER OF
CAROLYNN HORN USED EQUIPMENT
2177 HORNS VALLEY ROAD
TALLADEGA, AL 35160

MEMO

Sr. V.P.

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK - TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT

⑈007390⑈ ⑆031313562⑆ 07⑉87547901⑈ ⑈0010135000⑈

Account 787547901 Serial 7390 Amount 0000101350.00 Date 02-24-2006

```
        0031697261 R001      FNB >062200961< PKT02
   1410395502/24/2006         1200050007 02/21/2006
      02222006               Acct 1091339
3159458630-0034-6
2320064131=4131 TRC=4131 PK=17
1000040 FRB-PHILA
2207453 TRC=1453 PK=03
242006
1000040 FRB-PHILA
T=1459 TRC=1459 PK=12
```

Carolyn Horn Used Eq.
For Dep Only

er = Eddie Joe Walker - Rd # 940 - Cust # 8422-20322

er = Wiley Spann

# EXHIBIT "L"

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER SEE REVERSE SIDE FOR COMPLETE SECURITY FEATURES

**EQUIPMENT FINANCE LLC**
118 W. AIRPORT ROAD
LITITZ, PA 17543
(717) 569-8761

Bank of Lancaster County, NA
LANCASTER, PA

60-1356/313

7431

DATE March 9, 2006

PAY Sixty Five Thousand, and No /100

AMOUNT
$65,000.00

TO THE ORDER OF CAROLYNN HORN

MEMO

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT.

⑈007431⑈ ⑆031313562⑆ 07⑈875479⑈01⑈ ⑈0006500000⑈

Account 787547901 Serial 7431 Amount 0000065000.00 Date 03-13-2006

1311342355
03132006 8002403051 R004
031000040 FRB PHILA 03/13/2006
ENT=0863 TRC=0866 PK=12

FNB >062200961< PKT02
1100090089 03/10/2006
Acct 1041339

1018851749
03132006
0610-0014-6
ENT=4146 TRC=3749 PK=19

Carolynn Horn
For Deposit Only

Buyer = Henry Shell - Ref # 926 Cust # 7144-20353
Seller = Curley Spann

# EXHIBIT "M"

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER. SEE REVERSE SIDE FOR COMPLETE SECURITY FEATURES

EQUIPMENT FINANCE LLC
118 W. AIRPORT ROAD
LITITZ, PA 17543
(717) 569-8761

Bank of Lancaster County, NA
LANCASTER, PA

60-1356/313

7434

DATE March 9, 2006

PAY Thirty Thousand, and No /100

AMOUNT
$30,000.00

TO THE ORDER OF CAROLYNN HORN

MEMO

Sr. VP

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT.

⑈007434⑈ ⑆031313568⑆ 07⑈875479⑈01⑈ ⑈0003000000⑈

Account 787547901 Serial 7434 Amount 0000030000.00 Date 03-13-2006

1111342356
03132006 0002403061 R004
031000040 FRB PHILA 03/13/2006
ENT=0863 TRC=0866 PK=12

FNB >062200961< PKT02
1100090090 03/10/2006
Acct 1091339.

3018851750
03132006
0610-0014-6
ENT=4146 TRC=3749 PK=19

Buyer = JP Ivy JR - Rel: 871 - Cust # 2908
Seller = Slay Equipment

# EXHIBIT "N"

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

**EQUIPMENT FINANCE LLC**
118 W. AIRPORT ROAD
LITITZ, PA 17543
(717) 569-8761

Bank of Lancaster County, NA
LANCASTER, PA

60-1356/313

7526

DATE April 11, 2006

PAY Forty Four Thousand, and No /100

AMOUNT
$44,000.00

TO THE ORDER OF
CAROLYN HORN USED EQUIPMENT
2177 HORNS VALLEY ROAD
TALLADAGA, AL 35160

MEMO

[signature] S.V.P.

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK. TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT.

⑈007526⑈ ⑆031313562⑆ 07⑈875479⑈01⑈ ⑈0004400000⑈

ccount 787547901 Serial 7526 Amount 0000044000.00 Date 04-20-2006

12344204
202006
1000040 FRB-PHILA
T=1403 TRC=1403 PK=18 R001
418868198 869 04/20/2006
4198696
31048840 FRB-PHILA
18T6 001186 TRC=1466 PK=03
CNT=3857 TRC=3942 PK=17

FNB >062200961< PKT01
1100020206 04/18/2006
Acct 1041339

Carolyn Horn Used Eq
For Dep only

per Terrance D Poryant - Rel= 865 - cust 737

er - Wiley Spann

# EXHIBIT "O"

ORIGINAL DOCUMENT PRINTED ON CHEMICAL REACTIVE PAPER WITH MICROPRINTED BORDER

**EQUIPMENT FINANCE LLC**
118 W. AIRPORT ROAD
LITITZ, PA 17543
(717) 569-8761

Bank of Lancaster County, NA
LANCASTER, PA

60-1356/313

7611

DATE May 5, 2006

PAY Forty Five Thousand, Six Hundred and No /100

AMOUNT $45,600.00

TO THE ORDER OF CAROLYNN HORN USED EQUIPMENT
2177 Horns Valley Road, Talladega, AL 35160

[signature] Sr. V.P.

MEMO

THIS DOCUMENT CONTAINS HEAT SENSITIVE INK - TOUCH OR PRESS HERE - RED IMAGE DISAPPEARS WITH HEAT

⑈007611⑈ ⑆031313562⑆ 07⑈875479⑈01⑈ ⑈0004560000⑈

Account 787547901 Serial 7611 Amount 0000045600.00 Date 05-12-2006

0513326088
1014349354 05112006
FNB >062200961< PKT01
1100020177 05/10/2006
Acct 1041339
031000040 PRE-PRT LR TRC=1366 PK=03
ENT=1391 TRC=1393 PK=12

Carolynn Horn Used Eq
for Dep Only

Buyer = Timothy Stallworth - Rel - 927 - Cust - 7146

Seller = Wiley Spann

# EXHIBIT "P"

*031000040*
11/01/2006
6311408207

This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

[061000146] 11/01/2006
021395207 2

EQUIPMENT FINANCE LLC
119 W. AIRPORT ROAD
LITITZ, PA 17543
(717) 569-8761

Bank of Lancaster County, NA
LANCASTER, PA

8140

63-1356/313

DATE October 30, 2006

PAY Fifty Three Thousand, Five Hundred and No/100

AMOUNT
$53,500.00

TO THE ORDER OF
CAROLYNN HORN USED EQUIPMENT
2177 HORNS VALLEY ROAD
TALLADEGA, AL 35160

MEMO

SVP

⑈008140⑈ ⑆031313562⑆ 07⑉875479⑉01⑈ ⑇0005350000⑇

⑈008140⑈ ⑆031313562⑆ 07⑉875479⑉01⑈ ⑇0005350000⑇

Account 787547901 Serial 8140 Amount 0000053500.00 Date 11-02-2006

609154

0117195344
11022006 10-0014-6
031000040 PRB-PHILA
CNT=4736 TRC=2184 PK=12
FNB
Acct 1651339
11012006
0610-0014-6
CNT=4757 TRC=4760 PK=01

Carolynn Horn Used Eq.
For Dep only

*031000040*
11/01/2006
6311408207

*031000040*
021395207
11/01/2006

061000146
11/01/2006

061000146
11/01/2006

↓Do not endorse or write below this line.↓

ger = Anthony P Scoggins - Rel 880 - Cust - 7166-21020
ner - wiley Spann -

# EXHIBIT “Q”



*031000040*
12/14/2006
6313557871

This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

EQUIPMENT FINANCE LLC

Bank of Lancaster County, NA
LANCASTER, PA

8236

DATE December 7, 2006

PAY Thirty Three Thousand, and No/100

AMOUNT $33,000.00

TO THE ORDER OF
CAROLYNN HORN USED EQUIPMENT
2177 HORNS VALLEY ROAD
TALLADEGA, AL 35160

MEMO

⑈008236⑈ ⑆031313562⑆ 07⑈875479⑈01⑈ ⑉0003300000⑉

Account 787547901 Serial 8236 Amount 0000033000.00 Date 12-14-2006



↓Do not endorse or write below this line.↓