# EXHIBIT "2"

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**FILED**

EQUIPMENT FINANCE, LLC )

       PLAINTIFF, )

)

vs. )

)

CAROLYN HORN d/b/a CAROLYN )
HORN USED EQUIPMENT )

)

       DEFENDANT

JUL – 6 2009

MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

CIVIL ACTION NO. 09-2663

### ANSWER

Comes now the Defendant, Carolyn Horn, and for Answer to the Complaint filed by the Plaintiff would say as follows:

    1.    I admit that I am a resident of the State of Alabama.

    2.    I deny that I owe the Plaintiff any sums of money. I did not borrow any money from the Plaintiff.

    3.    I cannot afford to travel to Pennsylvania to go to Court and I cannot afford to employ an lawyer to defend me in this case.

    4.    I have never entered into any agreement with the Plaintiff to borrow any money or to have any money given to me by the Plaintiff.

    5.    I deny that I am indebted to the Plaintiff in any amount.

CAROLYN HORN,

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served upon the following by placing a copy of same by first class mail, postage prepaid, this the ___ day of _____ 2009:

Alan C. Gershenson, Esq.
300 Horizon Blvd.
Suite 200
Trevose, PA  19053-4900

CAROLYN HORN