**EXHIBIT "4"**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| EQUIPMENT FINANCE LLC : | CIVIL ACTION |
| v. : | |
| CAROLYN HORN d/b/a : | |
| CAROLYN HORN USED EQUIPMENT : | NO. 09-2663 |

### AFFIDAVIT OF DEIRDRE M. RICHARDS, ESQUIRE

COMMONWEALTH OF PENNSYLVANIA :
                                                                SS
COUNTY OF BUCKS                                  :

I, Deirdre M. Richards, Esquire, being duly sworn according to law do depose and say that the Requests for Admissions attached to this Motion as Exhibit "3" was mailed to Defendant Carolyn Horn by first class mail, postage prepaid on August 27, 2009, and that she has not served any response to those Requests.

_____
Deirdre M. Richards, Esquire

SWORN and subscribed
to before me this 30th
day of September, 2009.

_____
Notary Public

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
MARY L. DePIETRO, Notary Public
Bensalem Twp., Bucks County
My Commission Expires July 9, 2013

403202-1