IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| EQUIPMENT FINANCE LLC | : | CIVIL ACTION |
|---|---|---|
| v. | : | |
| CAROLYN HORN d/b/a | : | |
| CAROLYN HORN USED EQUIPMENT | : | NO. 09-2663 |

**ORDER**

AND NOW, this _____ day of _____ 2009, upon consideration of Plaintiff Equipment Finance LLC's Motion for Summary Judgment, including the pleadings, unanswered Requests for Admissions and Affidavit of Edward T. Martel, Jr., it is hereby ORDERED and DECREED that Summary Judgment in the amount of $1,014,700.00 is GRANTED to Plaintiff Equipment Finance, LLC and against Defendant Carolyn Horn d/b/a Carolyn Horn Used Equipment.

BY THE COURT

By: _____
UNITED STATES DISTRICT
COURT JUDGE